STATE v. ALLEN

No. 319P91

Case below: 103 N.C.App. 394

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

STATE v. BOST

No. 324P91

Case below: 103 N.C.App. 390

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 November 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

STATE v. BROWN

No. 459P91

Case below: 104 N.C.App. 309

Petition by Attorney General for temporary stay allowed 21 October 1991.

STATE v. CAGLE

No. 314P91

Case below: 103 N.C.App. 526

Petition by defendant (Cagle) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

STATE v. CASE

No. 313A86

Petition by defendant for writ of certiorari to the Superior Court, Gaston County, dismissed 6 November 1991.